UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG R. KRAUS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendants. | NO: 2:16-CV-127-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE |

**BEFORE THE COURT** is Magistrate Judge Rodgers' July 26, 2017 Report and Recommendation to grant Defendant's Motion for Summary Judgment, ECF No. 20, and deny Plaintiff's Motion for Summary Judgment, ECF No. 17. ECF No. 22. Objections were due on or before August 9, 2017. Upon Plaintiff's request this deadline was extended to August 17, 2017. ECF No. 25. Neither party submitted timely objections to the Report and Recommendation.

Having reviewed the July 26, 2017 Report and Recommendation and there being no objections, the Court **ADOPTS** the Report and Recommendation, ECF No. 22, in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion for Summary Judgment, **ECF No. 20**, is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 17,** is **DENIED**.

The District Court Clerk is directed to file this Order and provide a copy to counsel for Plaintiff and Defendant. **Judgment shall be entered for Defendant** and the file shall be **CLOSED**.

**DATED** August 23, 2017.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge